NEW YORK TITLE AND MORTGAGE COMPANY, by GEORGE S. VAN SCHAICK, as Superintendent of Insurance, Appellant, *v.* IRVING TRUST COMPANY, Respondent.

(Argued May 2, 1935; decided July 11, 1935.)

*Lawrence S. Greenbaum, Theodore S. Jaffin* and *Benjamin Kaplan* for appellant.

*William A. Onderdonk, Henry T. Hall* and *Paul E. Mead* for respondent.

*Sinclair Hamilton, W. H. L. Edwards* and *Carleton H. Endemann* for Milbank, Tweed, Hope and Webb, *amici curiæ.*

Order affirmed, with costs; and question certified answered in the affirmative. No opinion. (See 268 N. Y. 709.)

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not sitting: FINCH, J.